# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.       Gendreau, Rhonda J.       Docket No.       2:17CR00128-RMP-7

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rhonda J Gendreau, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 2nd day of August 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Modified Condition:** The defendant shall participate in a substance abuse evaluation and attend any recommended treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to ingesting methamphetamine on October 24, 2017.

**Violation #2:** The defendant admitted to ingesting methamphetamine on October 30, 2017.

**Violation #3:** The defendant admitted to ingesting methamphetamine on November 17, 2017.

**Violation #4:** The defendant failed to report for random urinalysis testing on two occasions.

**Violation #5:** The defendant voluntarily left an inpatient substance abuse treatment program on November 20, 2017.

**PRAYING THAT THE COURT WILL ORDER ISSUE A WARRANT**

                                       I declare under the penalty of perjury that the foregoing is true and correct.

                                       Executed on:    11/21/2017

by    s/Erik Carlson

                                       Erik Carlson
                                       U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Rohanna Malouf Peterson* (signature)

Signature of Judicial Officer

11/21/2017

Date