PROB 12C
(6/16)

Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rhonda J. Gendreau                Case Number: 0980 2:17CR00128-RMP-7

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 16, 2018

Original Offense:        Bank Fraud, 18 U.S.C. § 1344(1)

Original Sentence:       Prison - 7 months              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     David Michael Herzog           Date Supervision Commenced: June 19, 2018

Defense Attorney:         Federal Defender's Office     Date Supervision Expires: June 18, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Gendreau is alleged to have used methamphetamine on November 26, 2019.<br><br>On November 26, 2019, Ms. Gendreau reported to the U.S. Probation Office at the direction of the undersigned officer, and a random urinalysis was collected.  The urine sample was presumptive positive for methamphetamine and sent to the lab for further confirmation.  Ms. Gendreau was confronted on three different occasions to be truthful with the undersigned officer; however, Ms. Gendreau continued to deny any illicit drug use.  The lab later confirmed a positive result for methamphetamine.<br><br>On June 21, 2018, Ms. Gendreau signed her judgment relative to case number 2:17CR00128-RMP-7, acknowledging an understanding of her conditions of supervised release, to include special condition number 5, prohibiting her from using illegal controlled substances. |

Prob12C
**Re: Gendreau, Rhonda J.**
**December 6, 2019**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Gendreau is alleged to have used methamphetamine on November 30, 2019.

On December 5, 2019, Ms. Gendreau reported to the U.S. Probation Office at the direction of the undersigned officer for urinalysis testing. Ms. Gendreau admitted to using methamphetamine on November 30, 2019. She signed a drug use admission form.

On June 21, 2018, Ms. Gendreau signed her judgment relative to case number 2:17CR00128-RMP-7, acknowledging an understanding of her conditions of supervised release, to include special condition number 5, prohibiting her from using illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/06/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
12/6/2019
Date