PROB 12C
(6/16)

Report Date: January 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rhonda J. Gendreau                Case Number: 0980 2:17CR00128-RMP-7

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 16, 2018

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) | |
| Original Sentence: | Prison - 7 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 19, 2018 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: June 18, 2023 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/06/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Ms. Gendreau is alleged to have used methamphetamine on January 3, 2020.<br><br>On January 3, 2020, Ms. Gendreau provided a urine sample at Pioneer Human Services as her assigned color was called for urinalysis testing.  The urine sample was presumptive positive for methamphetamine and she admitted to methamphetamine use.<br><br>On June 21, 2018, Ms. Gendreau signed her judgment relative to case number 2:17CR00128-RMP-7, acknowledging an understanding of her conditions of supervised release, to include special condition number 5, prohibiting her from using illegal controlled substances. |

Prob12C
**Re: Gendreau, Rhonda J.**
**January 8, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/08/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/8/2020

Date